UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

DURICE RICHARD, JR.                    DOCKET NO. 2:23-CV-00859
     REG. # 21096-035                          SECTION P

VERSUS                                 JUDGE JAMES D. CAIN, JR.

UNITED STATES OF AMERICA                MAGISTRATE JUDGE LEBLANC

<u>JUDGMENT</u>

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on the 8th day of January, 2025.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE